UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERWIN WILSON,

     Plaintiff,

-against-

HSBC BANK, USA, MORTGAGEIT, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PRUDENTIAL RAND REALTY, INC., ALL PERSONS AND ENTITIES WITH AN INTEREST IN REAL PROPERTY LOCATED AT 4 WILLIAM STREET, OSSINING, NEW YORK, DOES 1-100,

     Defendants.

No. 16-cv-8405 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge

On July 11, 2017, Plaintiff submitted to the Court an Order to Show Cause for Default Judgment against Defendant Prudential Rand Realty, Inc. ("Prudential"). (*See e.g.*, ECF No. 42.) Although Plaintiff is required to provide proof of service of both the Summons and Complaint upon Defendants, he has provided only affirmations of service of the Summons. (ECF No. 10.) Given Plaintiff has not demonstrated that he effectuated proper service upon Prudential, his Order to Show Cause is denied without prejudice to renew at a later date. Plaintiff is directed to present proof of service upon Prudential of both the Summons and Complaint.

Dated: August 2, 2017
    White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2017

Copies mailed/faxed 8/2/2017
Chambers of Nelson S. Román, U.S.D.J.